# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2018

## NO. 03-17-00592-CV

**James F. McKinnon, Appellant**

**v.**

**Robert Stone Wallin and William Brandon Wallin, Appellees**

## APPEAL FROM COUNTY COURT OF GILLESPIE COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on November 10, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.